# Court of Appeals
# of the State of Georgia

ATLANTA,  November 16, 2022

*The Court of Appeals hereby passes the following order:*

## A23A0507. OTIS L. SIMMONS v. GEICO GENERAL INSURANCE COMPANY.

Following an automobile accident, Otis L. Simmons filed a complaint against Angela Cason. Geico General Insurance Company filed an answer, defenses, and cross-claim after it received a copy of the complaint as the uninsured motorist carrier. Discovery ensued, and thereafter Geico filed a motion to withdraw its answer, defenses, and cross-claim. Simmons filed a motion to quash Geico's withdrawal. The trial court denied Simmons's motion. Within ten days of the order, Simmons obtained a "Certificate of Appealability," which was essentially a certificate of immediate review. Simmons then filed a notice of appeal.

Because there is no final judgment and the action remains pending below, the order from which Simmons seeks to appeal is interlocutory and not appealable without compliance with the interlocutory appeal procedures, which include both obtaining a certificate of immediate review from the trial court and filing an application for interlocutory appeal setting forth the need for review. See OCGA § 5-6-34 (b). Although Simmons obtained a certificate of immediate review, he failed to file an application for interlocutory appeal. See also *Shackelford v. Green*, 180 Ga. App. 617, 617-619 (349 SE2d 781) (1986) (dismissal of appeal where appellant obtained a certificate of immediate review but filed a direct appeal rather than an application for interlocutory appeal of a non-final order).

Simmons's failure to follow the interlocutory appeal procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,* ___11/16/2022___

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*